O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE L. PICAZO,<br><br>      Plaintiff,<br><br>v.<br><br>LASD, et al.,<br><br>      Defendants. | Case No. CV 17-00999-JGB (KES)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation were filed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing the Complaint without leave to amend.

DATED: April 28, 2017

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE