O

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE L. PICAZO,<br><br>    Plaintiff,<br><br>    v.<br><br>LASD, et al.,<br><br>    Defendants. | Case No. CV 17-00999-JGB (KES)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Complaint and entire action is dismissed with prejudice.

DATED: April 28, 2017

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE